UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 1

| | |
|---|---|
| Cyber Power Systems (USA), Inc.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br>Defendant. | S U M M O N S<br>Court No. 25-00007 |

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Mario Toscano
Clerk of the Court

### PROTEST

| Port(s) of Entry: | 3501 | Center (if known): | CEE007 |
|---|---|---|---|
| Protest Number: | 350124103329 | Date Protest Filed: | 02/26/2024 |
| Importer: | Cyber Power Systems (USA) Inc. | Date Protest Denied: | 07/15/2024 |
| Category of Merchandise: | Uninterruptible Power Supply (UPS) and Surge Voltage Protectors (SVP) | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| see attached list | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

John M. Peterson
Neville Peterson LLP
55 Broadway Suite 2602
New York, NY 10006
Tel: 212-635-2730

jpeterson@npwny.com

**CONTESTED ADMINISTRATIVE DECISION**

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| UPS | 8504.40.9540/ 9903.88.03 | 25% Section 301 Duty | 8504.40.70 | No Section 301 Duty |
| SVP | 8537.10.90/ 9903.88.03 | | 8537.10.90 | |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:

Whether the country of origin is China or the Philippines for purposes of section 301 duties?

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

_/ s/ John M. Peterson_
*Signature of Plaintiff's Attorney*

_January 8, 2025_
*Date*

**SCHEDULE OF PROTESTS**

**CEE007**

**Center (if known)**

| Protest No. | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 350124103329 | 02/26/2024 | 07/15/2024 | 79124483350 | 9/3/2019 | 9/1/2023 | 3501 |
| | | | 79124473732 | 9/5/2019 | 9/1/2023 | 3501 |
| | | | 79124476065 | 9/18/2019 | 9/15/2023 | 3501 |
| | | | 79124600037 | 9/26/2019 | 9/22/2023 | 2704 |
| | | | 79124583696 | 9/25/2019 | 9/22/2023 | 5501 |
| | | | 79124612222 | 10/1/2019 | 9/29/2023 | 2704 |
| | | | 79124644225 | 10/10/2019 | 10/6/2023 | 3501 |
| | | | 79124671095 | 10/25/2019 | 10/20/2023 | 5501 |
| | | | 79124713558 | 11/2/2019 | 10/27/2023 | 3501 |
| | | | 79124712386 | 11/2/2019 | 10/27/2023 | 3501 |
| | | | 79124704292 | 10/30/2019 | 10/27/2023 | 2704 |
| | | | 79124701223 | 10/28/2019 | 10/27/2023 | 2704 |
| | | | 79124701132 | 10/28/2019 | 10/27/2023 | 2704 |
| | | | 79124691044 | 10/28/2019 | 10/27/2023 | 3501 |
| | | | 79124695565 | 11/3/2019 | 11/3/2023 | 3501 |
| | | | 79128357071 | 11/12/2020 | 11/10/2023 | 3501 |
| | | | 79124753000 | 11/12/2019 | 11/10/2023 | 3501 |
| | | | 79124751954 | 11/12/2019 | 11/10/2023 | 2704 |
| | | | 79124751475 | 11/16/2019 | 11/10/2023 | 4103 |
| | | | 79124748133 | 11/11/2019 | 11/10/2023 | 3501 |
| | | | 79124747077 | 11/11/2019 | 11/10/2023 | 3501 |
| | | | 79124744504 | 11/11/2019 | 11/10/2023 | 3501 |
| | | | 79124736088 | 11/11/2019 | 11/10/2023 | 2704 |
| | | | 79124714697 | 11/11/2019 | 11/10/2023 | 5501 |
| | | | 79124713079 | 11/13/2019 | 11/10/2023 | 4103 |
| | | | 79124783130 | 11/20/2019 | 11/17/2023 | 2704 |
| | | | 79124783023 | 11/19/2019 | 11/17/2023 | 2704 |
| | | | 79124759106 | 11/19/2019 | 11/17/2023 | 3501 |
| | | | 79124751145 | 11/19/2019 | 11/17/2023 | 3501 |
| | | | 79124847109 | 12/3/2019 | 12/1/2023 | 3501 |
| | | | 79124814273 | 12/1/2019 | 12/1/2023 | 3501 |
| | | | 79124910477 | 12/15/2019 | 12/8/2023 | 3501 |
| | | | 79124809158 | 11/27/2019 | 12/8/2023 | 3501 |
| | | | 79124798310 | 11/27/2019 | 12/8/2023 | 3501 |
| | | | 79124971891 | 12/21/2019 | 12/15/2023 | 3501 |
| | | | 79124905204 | 12/16/2019 | 12/15/2023 | 3501 |